(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Cameana M. Cephas
(Enter above the full name of the plaintiff in this action)

V.

William H. Dupont
Captain of Probation & Parole or Safe streets
officer name unknown
(Enter above the full name of the defendant(s) in this action

06 - 506

FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned
NO IFP

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]   NO [✓]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs N/A

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [ ]

C. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? _____

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Cameana Cephas

Address 660 Baylor Blvd New Castle, Del. 19720

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant William H. Dupont is employed as Probation & Parole / Safe streets at 1601 N. Pine St. Wilmington, Del. 19802

C. Additional Defendants I don't know the other officer name but Mr. Dupont said he was the captain on shift at the time of my arrest. The officers was Wilmington Police Department and probation & Parole / safe streets

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On the day of 4/27/06 Wilmington P.D. and Probation & Parole / safe streets came to 403 West 6th St. Which the tenant of the apartment was a friend of mine, who's name is Marcella Crumpler. They banged on the door, she (Marcella) asked who was it and they said police. So I told her to

-3-

open the door because I had a warrant for my arresst. I walked to the door with her when she opened it. Mr. William H. Dupont. (safe street officer) and another officer threw me up against the wall while the other remaining officers stood in front of the door. I heard Mr. William H. Dupont say "When did you become muslim and snatched my Kem'ar (religion Head wraps) and threw it on the ground as if I was hiding under it. He already knew who I was He just did it out of disrespect. Just because I had warrants for my arrest Doesn't mean he had the right to violate my constitutional rights. When Mr. Dupont was taking me to the police station. I asked him what was the other officer name, he told me it was his captain, but that was a lie because I was told that probation & Parole doesnt have captains. And he also told me go ahead and file a lawsuit because there not going to believe you anyway! If no one listens or do anything about my complaint I will take further Actions!

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the officer to be reprimanded. Perhaps he should have to volunteer to help enforce civil rights to those individuals who's Constitutional rights have been violated. I would also like victim's compensation, and a written apology.

Signed this _____ day of _____, 19____.

_____Cameana Cephas_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____         _____Cameana Cephas_____
Date                                                  ( Signature of Plaintiff)

-4-



Legal Mail
WILMINGTON DE
14 AUG 2006 PM

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock box 18
844 N. King Street
Wilmington, Del. 19801

Cameara Cephas
660 Baylor Blvd
Newcastle, Del. 19720