AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Case # 06-506 JJF

_Cameana Cephas SBI# 349112_
Plaintiff

v.

_William H. Dupont et al_
and captain of Probation & Parole Safe/Streets
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Cameana Cephas SBI# 349112_ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Delores J. Baylor Womens Correction Institute_

   Inmate Identification Number (Required): _SBI # 349112_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months._

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources _Family members # 50 A month_ | ☑ | ☐ |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

FILED
SEP -6 2006
So scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

Case # 06-506 JJF.

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☑ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable. NONE

I declare under penalty of perjury that the above information is true and correct.

_____           Cameana Ciphes  SBI# 349112
DATE                 SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Cameana Cephas
c/o Baylor Blvd
New Castle, Del 19720
SBI# 349112

WILMINGTON DE 197
05 SEP 2006 PM 2 T
legal ma

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801

Date : 08/29/2006
Time : 15:37

**Account Activity Ledger**
From: 04/28/2006 To: 08/29/2006

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| SBI ID 00349112 | Name CEPHAS, CAMEANA | | | Block 5 | | | Previous Balance | | 26.40 |
| O/C 4/28 | 04/28/2006 | 12:21 | B#41914 | 343610 | D | | 6.50 | | 32.90 |
| Sales Transaction | 05/02/2006 | 10:54 | I#81383 | | I | 24.82 | | | 8.08 |
| PROCESSED.REC.5/3 | 05/05/2006 | 14:33 | B#41990 | 344370 | D | | 72.00 | | 80.08 |
| PROCESSED.REC.5/5 | 05/08/2006 | 14:43 | B#42022 | 344682 | D | | 50.00 | | 130.08 |
| ZOE.PIZZA.FNDRSR.5/8 | 05/08/2006 | 15:12 | B#42025 | 344825 | W | | | -8.00 | 122.08 |
| ZOE.FNDRSR.ICE.CREAM | 05/08/2006 | 16:08 | B#42026 | 345137 | W | | | -2.50 | 119.58 |
| Sales Transaction | 05/09/2006 | 11:53 | I#81582 | | I | 46.67 | | | 72.91 |
| Sales Transaction | 05/16/2006 | 10:13 | I#81767 | | I | 19.23 | | | 53.68 |
| Sales Transaction | 05/23/2006 | 10:15 | I#81958 | | I | 25.30 | | | 28.38 |
| Sales Transaction | 05/30/2006 | 09:55 | I#82120 | | I | 25.13 | | | 3.25 |
| COMM.CRDT.5/26 | 05/30/2006 | 11:28 | B#42307 | 347648 | D | | 2.45 | | 5.70 |
| PROCESSED.REC.5/26 | 05/30/2006 | 15:38 | B#42325 | 347826 | D | | 50.00 | | 55.70 |
| Sales Transaction | 06/06/2006 | 11:18 | I#82318 | | I | 21.18 | | | 34.52 |
| ZOE.SUBS.FNDRSR.6/6 | 06/06/2006 | 15:06 | B#42422 | 348713 | W | | | -6.50 | 28.02 |
| ZOE.ICE.CREAM.FNDRSR | 06/06/2006 | 16:15 | B#42423 | 349049 | W | | | -2.50 | 25.52 |
| HP.6/7 | 06/07/2006 | 16:32 | B#42439 | 349553 | W | | | -6.55 | 18.97 |
| Sales Transaction | 06/13/2006 | 11:20 | I#82510 | | I | 18.64 | | | 0.33 |
| REC 07/01/06 | 07/03/2006 | 12:05 | B#42812 | 353092 | D | | 15.00 | | 15.33 |
| REC 07/01/06 | 07/03/2006 | 12:13 | B#42812 | 353116 | D | | 50.00 | | 65.33 |
| Sales Transaction | 07/06/2006 | 14:40 | I#83268 | | I | 25.56 | | | 39.77 |
| Sales Transaction | 07/11/2006 | 11:23 | I#83446 | | I | 15.54 | | | 24.23 |
| ZOE.CHCKN.FNDRSR.FOR | 07/12/2006 | 15:59 | B#42903 | 353923 | W | | | -3.75 | 20.48 |
| ZOE.ICECREM.FNDRSR.F | 07/12/2006 | 16:07 | B#42904 | 353983 | W | | | -2.50 | 17.98 |
| Sales Transaction | 07/18/2006 | 09:06 | I#83622 | | I | 13.30 | | | 4.68 |
| Sales Transaction | 07/25/2006 | 10:11 | I#83815 | | I | 4.65 | | | 0.03 |
| POSTED.7/27 | 07/27/2006 | 15:16 | B#43124 | 356032 | D | | 25.00 | | 25.03 |
| PROCESSED.REC.7/28 | 07/31/2006 | 16:19 | B#43180 | 356644 | D | | 40.00 | | 65.03 |
| Sales Transaction | 08/01/2006 | 15:05 | I#84061 | | I | 30.64 | | | 34.39 |
| ZOE.FNDRSR.PIZZA. | 08/07/2006 | 17:24 | B#43280 | 357491 | W | | | -7.00 | 27.39 |
| ZOE.ICE.CRM.FNDRSR. | 08/07/2006 | 17:58 | B#43281 | 357773 | W | | | -2.50 | 24.89 |
| Sales Transaction | 08/08/2006 | 10:12 | I#84284 | | I | 16.74 | | | 8.15 |
| Sales Transaction | 08/15/2006 | 16:15 | I#84495 | | I | 7.74 | | | 0.41 |
| rec 08/25/06 | 08/25/2006 | 13:56 | B#44390 | 360184 | D | | 50.00 | | 50.41 |
| PRCSSD.RCD.8/26 | 08/28/2006 | 15:51 | B#44414 | 360376 | D | | 15.00 | | 65.41 |
| Sales Transaction | 08/29/2006 | 07:54 | I#84787 | | I | 28.27 | | | 37.14 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 11 | For $ | 375.95 |
| **Withdraws** | 9 | For $ | -41.80 |
| **Invoices** | 15 | For $ | 323.41 |



FILED
SEP -6 2006
BD scanned
U.S. D
DISTRICT