9-17-06

To whom this may concern,

I am writing this letter because I was informed that the filing fee for a civil case was only $150. I am being charged $350. I think I must of filled out a wrong form for me to be charged $350. Could you please respond back and let me know what I did wrong in this matter. If I filled the wrong paperwork out could you please send me the correct ones, or let me know why I am being charged $350 and not $150. Please respond back Immediately before I mail in my Authorization form of my filing fee. Thank you for your time and cooperation, and sorry for any inconvience.

Sincerely,
Cameana Cephas
SBI# 349112
Civil Action# 06-506 JJF

FILED
SEP 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BP 9/20/06

Cameana Cephas
660 Baylor Blvd
New Castle, Del. 19720
SBI# 349112

U.S.M.S.
X-RAY



Legal
WILMINGTON DE 197
19 SEP 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801