OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 29, 2006

TO:  Cameana M. Cephas
     SBI #349112
     BWCI
     660 Baylor Blvd.
     New Castle, DE 19720

   *RE:  Request for Clarification on Filing Fee; 06-506(JJF)*

Dear Ms. Cephas:

   This office received a letter from you requesting clarification on the filing fee amount. As of April 9, 2006 the filing fee has increased from $250 to $350 for a new civil action.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:  The Honorable Joseph J. Farnan, Jr.