IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMEANA M. CEPHAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-506-JJF |
| | ) |
| WILLIAM H. DUPONT, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, Plaintiff Cameana M. Cephas filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed <u>in forma pauperis</u>, and on September 11, 2006, entered an Order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 5);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this __20__ day of October, 2006, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $350.00 filing fee owed. The Clerk of the Court is directed to send a copy of this order to the appropriate prison business office.

UNITED STATES DISTRICT JUDGE