To: Whom this may concern,

My name is Cameane Cephas and I filed a civil suit. I recieved a letter from the clerk of the court stating that I didnt complete and return a authorization form within thirty days. I filled out and return the form on Sept. 15, 2006. I am incarcerated and all of the prisoners legal mail has to get stamped and mailed off by a Correctional officer Maybe it is a error from the C/O. And I feel as though that my case should not be dismissed due to someone else's error. I do not have a problem paying the filing fee. Could you please let me know how I can get my case reopened. As I said before, I dont think my civil suit should not be dismissed. It was not my fault. I mailed my forms back on Sept. 15. but before it gets mailed it goes through somebody else's hands. Is there anybody I can talk with about my suit. Please respond back and let me know something thank you for your time and cooperation

Sincerely,
Cameana Cephas
SBI# 349112

Case Number
06-506-JJF



FILED
FEB -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Envelope addressed to:
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801

Postmarked 05 FEB 2007, marked "Legal Mail"