11-15-06

To: whom this may concern,

I am writing once again because I have recieved legal mail stating that I never sent the proper paperwork back to give permission to take funds out of my account and that they were dismissing my case. I recently wrote a letter stating the same thing that I am writing now and I got no response. As I said in the last letter before, I sent the proper papers out on time but the prison takes there time sending out inmates legal mail. I feel as though my case should not be thrown out for something that is not my fault. I really need to get this case resolved. Please get back to me to let me know what I have to do to get this case reopened. This case is real serious to me and my religion.

Sincerely, SBI# 349112
Cameana Cephas
Case # 1:06 cv 506


FILED
FEB - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Cameam Cephas
120 Baylor Blvd.
New Castle, Del. 19720
SBI# 341112

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801

WILMINGTON DE 197
05 FEB 2007 PM 3 T

Legal Mail